**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES ) <br> AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 1:04 CV 7377 <br> ) <br> ) Judge William T. Hart <br> v. ) <br> ) <br> ) <br> CONRAD M. BLACK, F. DAVID RADLER ) <br> AND HOLLINGER, INC. ) <br> ) <br> Defendants. ) | |

## MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST HOLLINGER INC.

Plaintiff, the United States Securities and Exchange Commission ("Commission"), and Defendant Hollinger Inc. have reached a settlement in this matter. Pursuant to that settlement, along with this motion, the Commission has caused to be filed the agreed proposed Final Judgment As to Defendant Hollinger Inc. ("Final Judgment") and the Consent of Defendant Hollinger Inc., which is attached as Exhibit A to the Final Judgment and is part of the Final Judgment. The Final Judgment has also been submitted to the Court via Proposed_Order_Hart@ilnd.uscourts.gov, as directed by the Court's website.

WHEREFORE, the Commission respectfully requests that this Court grant this motion and enter the Final Judgment As to Defendant Hollinger Inc., a copy of which is attached as Exhibit 1 hereto and submitted to the Court via [Proposed_Order_Hart@ilnd.uscourts.gov](mailto:Proposed_Order_Hart@ilnd.uscourts.gov), as directed by the Court's website.

        Respectfully submitted,

        /s/ Kathryn A. Pyszka

        _____
        Kathryn A. Pyszka
        Securities and Exchange Commission
        175 W. Jackson Blvd., Suite 900
        Chicago, IL 60604
        (312) 353-7390

Dated: March 25, 2008